IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 96-rj-00021-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN M FRAZIER,

    Defendant,

and

FEDEX KINKOS,

    Garnishee.

---

**ORDER DISMISSING WRIT OF GARNISHMENT**

---

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, the Court hereby ORDERS that the Motion to Dismiss Writ of Garnishment (*doc. no. 16*) in this case is GRANTED.

DATED at Denver, Colorado, this 2nd day of October, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge